# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:14-cr-00029-MR-DLH-12

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>SIDNEY DAVID TUREFF, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion for Return of Passport [Doc. 314].

The Defendant was sentenced to a term of one year of probation on April 9, 2015. [Doc. 312]. He now seeks the return of his passport, which was surrendered to the United States Probation Office as a condition of his pretrial release. [Doc. 314]. The Government does not oppose the Defendant's request. For good cause shown, and in light of the Government's lack of opposition, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's Unopposed Motion for Return of Passport [Doc. 314] is **GRANTED**, and the United

States Probation Office is hereby **ORDERED** to release the Defendant's passport to him.

**IT IS SO ORDERED**.

Signed: April 17, 2015

Martin Reidinger
United States District Judge